# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Cameron County, Texas

Tract:  RGV-HRL-7114, 7114-1, 7114-2, 7115, 7116
Owner:  Sparks Family Partnership, Ltd., *et. al*
Acres:  39.287

Tract: RGV-HRL-7114

**Being** a 1.759 acre tract (76,612 sq ft) parcel of land, more or less, being out of a calculated 97.191 acre tract in Cameron County, Texas conveyed to the Sparks Family Partnership LTD. in Volume 3192, Page 304, designated as Tract Two. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker CR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16547129.41, E=1221774.47; Thence S 72°38'58" W a distance of 3776.86 feet to a found iron road with an orange cap at the Southwest corner of the Sparks Family Partnership LTD. Tract, Volume 24011, Page 129 and the Southeast corner of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304, for the **Point of Commencement**, having the following coordinates: N=16546003.07, E=1218169.47.

**Thence:** N 89°58'31" W along the South line of the Valley Citrus Subdivision portion of Sparks Family Partnership LTD. Tract 2, Volume 3192, Page 304, a distance of 651.30 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1=7114-1-1, for the **Point of Beginning,** having the following coordinates: N=16546003.36, E=1217518.18.

**Thence:** N 89°58'31" W along said property line, a distance of 25.59 feet to a found ½" iron rod designated as RGV-HRL-7114-2=7114-1-19=7115-1 for angle, said point being the Southeast corner of the I.B.W.C. levee Right-of-Way File No. 5172-R-83-C and on the North line of the Harry Landa Tract, Volume 246, Page 559;

**Thence:** S 88°26'59" W along said property line, along said I.B.W.C. line, crossing the center of an existing 14 foot wide dirt road at 75 feet, a distance of 100.23 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-3=7115-15 for angle, said point being the Southwest corner of the I.B.W.C. levee Right-of-Way File No. 5172-R-83-C and the Southeast corner of the I.B.W.C. levee Right-of-Way File No. 5171-R-82-C;

## SCHEDULE C (Cont.)

**Thence:** S 89°23'25" W along said property line, along said I.B.W.C. line, crossing the center of the levee road at 64 feet, a distance of 257.27 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7113-4B=7114-4=7115-14 for angle, said point being the Southwest corner of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304 and on the East line of the Cameron County Water Control Improvement tract, Volume 250, Page 448 and the Southwest corner of the I.B.W.C. levee Right-of-Way File No. 5171-R-82-C;

**Thence:** N 01°16'00" W along the East line of the Cameron County Water Control Improvement tract, Volume 250, Page 448 and the West line of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304, along said I.B.W.C. line, a distance of 170.70 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7113-4A=7114-4A for a Point on Line;

**Thence:** N 01°16'00" W along said property line, along said I.B.W.C. line, crossing the center of the levee road at 124 feet, departing said I.B.W.C. levee Right-of-Way File No. 5171-R-82-C at 299.88 feet, a distance of 335.98 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7113-4=7114-5 for angle;

**Thence:** S 30°45'57" E departing said property line, following a line at an approximate 60 foot offset North of the existing levee toe, a distance of 499.22 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-6 for angle;

**Thence:** S 62°32'44" E along said North line, a distance of 156.50 feet returning to the **Place of Beginning**.

## SCHEDULE C (Cont.)

Tract: RGV-HRL-7114-1

**Being** a 1.464 acre tract (63,759 sq ft) parcel of land, more or less, being out of a called 236.90 acres tract designated as tract 6 of land out of La Feria Grant Cameron County, Texas conveyed to the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker CR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16547129.41, E=1221774.47; Thence S 72°38'58" W a distance of 3776.86 feet to a found iron rod with an orange cap at the Southwest corner of the Sparks Family Partnership LTD. Tract, Volume 24011, Page 129 and angle point of the Sparks Family Partnership LTD. Tract 2, Volume 3192, Page 304, for the **Point of Commencement**, having the following coordinates: N=16546003.07, E=1218169.47.

**Thence:** N 89°58'31" W along the South line of the Valley Citrus Groves Subdivision portion of the Sparks Family Partnership LTD. Tract 2, Volume 3192, Page 304, a distance of 651.30 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1=7114-1-1, for the **Point of Beginning,** having the following coordinates: N=16546003.36, E=1217518.18.

**Thence:** S 64°00'30" E departing said property line, following a line at an approximate 60 foot offset North of the existing levee toe, a distance of 481.17 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-2 for angle;

**Thence:** N 82°46'16" E along said North line, a distance of 277.86 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-2A for a Point on Line;

**Thence:** N 82°46'16" E along said North line, a distance of 277.86 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-3 for angle;

**Thence:** S 68°16'43" E along said North line, entering the Sparks Family Partnership LTD. Tract Six, Volume 3192, Page 304 at 385.12 feet, a distance of 446.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-4 for angle;

**Thence:** N 88°32'14" E along said North line, crossing the center of an existing 24 foot wide dirt road at 88 feet, a distance of 128.39 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-5 for angle;

## SCHEDULE C (Cont.)

**Thence:** S 78°32'25" E along said North line, departing said dirt road at 82 feet, a distance of 119.48 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-6 for angle;

**Thence:** S 56°45'29" E along said North line, a distance of 487.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-7 for angle;

**Thence:** S 43°23'08" E along said North line, a distance of 250.37 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-7A for a Point on Line;

**Thence:** S 43°23'08" E along said North line, a distance of 375.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-7B for a Point on Line;

**Thence:** S 43°23'08" E along said North line, crossing an existing 20 foot wide dirt road at 226 feet, a distance of 375.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-8 for angle;

**Thence:** S 52°09'20" E along said North line, a distance of 286.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-8A for a Point on Line;

**Thence:** S 52°09'20" E along said North line, a distance of 286.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-9=7116-6A for angle, said point being on the South line of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304 and on the North line of the Sam R. Sparks Inc., Volume 1380, Page 29 and on the North line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C;

**Thence:** S 37°14'35" W departing said North line, along said property line, along said I.B.W.C. line, a distance of 13.55 feet to a found ½" iron rod designated as RGV-HRL-7114-1-10=7116-6 for angle;

**Thence:** N 52°24'29" W along said property line, along said I.B.W.C. line, a distance of 296.87 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-10A=7116-5A for a Point on Line;

**Thence:** N 52°24'29" W along said property line, along said I.B.W.C. line, a distance of 296.87 feet to a found 5/8" iron road designated as RGV-HRL-7114-1-11=7116-5 for angle;

## SCHEDULE C (Cont.)

**Thence:** N 43°25'25" W along said property line, along said I.B.W.C. line, crossing an existing 20 foot wide dirt road at 140 feet, a distance of 497.90 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-11A=7116-4A for a Point on Line;

**Thence:** N 43°25'25" W along said property line, along said I.B.W.C. line, a distance of 497.90 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-12=7116-4 for angle;

**Thence:** N 57°11'21" W along said property line, along said I.B.W.C. line, a distance of 489.11 feet to found ½" iron rod with an aluminum cap stamped T 107E Cor. 5 designated as RGV-HRL-7114-1-13=7116-3 for angle;

**Thence:** S 88°08'21" W along said property line, along said I.B.W.C. line, entering an existing 24 foot wide dirt road at 9 feet, departing said dirt road at 146 feet, a distance of 163.43 feet to found ½" iron rod designated as RGV-HRL-7114-1-14=7116-2 for angle;

**Thence:** N 69°40'16" W along said property line, along said I.B.W.C. line, a distance of 131.24 feet to a found 4" Iron pipe designated as RGV-HRL-7114-1-15=7115-5=7116-1 for angle, said point being on the East line of the Sparks Family Partnership LTD. Tract Two, Volume 3192, Page 304 and the West line of the Sparks Family Partnership LTD. Tract Six, Volume 3192, Page 304 and on the North line of the Harry Landa tract, Volume 246, Page 559;

**Thence:** N 69°32'41" W along said property line, along said I.B.W.C. line, a distance of 391.78 feet to a found 4" Iron pipe designated as RGV-HRL-7114-1-16=7115-4 for angle;

**Thence:** S 82°35'00" W along said property line, along said I.B.W.C. line, a distance of 267.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-16A=7115-3A for a Point on Line;

**Thence:** S 82°35'00" W along said property line, along said I.B.W.C. line, a distance of 267.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-17=7115-3 for angle;

**Thence:** N 63°45'00" W along said property line, along said I.B.W.C. line, a distance of 338.92 feet to a found ½" iron rod designated as RGV-HRL-7114-1-18=7115-2 for angle;

## SCHEDULE C (Cont.)

**Thence:** N 64°05'16" W along said property line, along said I.B.W.C. line, a distance of 173.39 feet to a found ½" iron rod designated as RGV-HRL-7114-2=7114-1-19=7115-1 for angle;

**Thence:** S 89°58'31" E along said property line, departing said I.B.W.C. line, a distance of 25.59 feet returning to the **Place of Beginning**.

## SCHEDULE C (Cont.)

Tract: RGV-HRL-7114-2

**Being** a 0.461 acre tract (20,095 sq ft) parcel of land, more or less, being out of a called 66.55 acres of land out of La Feria Grant Cameron County, Texas conveyed to the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304, Tract II. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker CR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16547129.41, E=1221774.47; Thence S 04°50'58" E a distance of 3192.29 feet to a found 5/8" iron rod at the Northwest corner of the United States of America tract, Volume 16852, Page 22 and the Southwest corner of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304, for the **Point of Commencement**, having the following coordinates: N=16543948.54, E=1222044.35.

**Thence:** S 00°32'58" E along said property line, entering the United States of America levee Right-of-Way, Volume 247, Page 213 at 32.57 feet, to an existing 40 foot wide dirt road, a distance of 66.63 feet to a found 5/8" iron rod with an aluminum cap stamped BPI designated as RGV-HRL-7114-2-1=7116-12, for the **Point of Beginning,** having the following coordinates: N=16543881.92, E=1222044.99.

**Thence:** S 64°51'02" E departing said levee Right-of-way line, leaving said road, along the South line of the United States of America tract, Volume 16852, Page 22 and the North line of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304, a distance of 104.22 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-2-2 for angle;

**Thence:** S 08°48'00" W departing said Property line, crossing the center of the levee road at 60 feet, a distance of 252.88 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-2-3 for angle, said point being on the South line of the United States of America levee Right-of-Way, Volume 247, Page 213;

**Thence:** N 73°10'00" W along said levee Right-of-Way line, crossing the center of an existing 30 foot wide dirt road at 30 feet, a distance of 56.13 feet, to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-2-4=7116-13 for angle, said point being the Southwest corner of the United States of America levee Right-of-Way, Volume 247, Page 213 and on the West line of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304 and the Southeast corner of the Sam R. Sparks INC. tract, Volume 1380, Page 29;

## SCHEDULE C (Cont.)

**Thence:** N 00°23'51" W along said property line, along said levee Right-of-Way line, crossing the center of the levee road at 198 feet, a distance of 277.94 feet returning to the **Place of Beginning**.

## SCHEDULE C (Cont.)

Tract: RGV-HRL-7115

**Being** a 11.527 acre tract (502,125 sq ft) parcel of land, more or less, being the remaining portion of levee Right-of-Way, out of a called 0.31 acres and 34.71 acres in Volume 269, Page 410, of land out of La Feria Grant Cameron County, Texas conveyed to Harry Landa, Volume 246, Page 559. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker CR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16547129.41, E=1221774.47; Thence S 72°38'58" W a distance of 3776.86 feet to a found iron rod with an orange cap at the Southwest corner of the Sparks Family Partnership LTD. Tract, Volume 24011, Page 129 and the Southeast corner of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304, for the **Point of Commencement**, having the following coordinates: N=16546003.07, E=1218169.47.

**Thence:** N 89°58'34" W along the South line of the Sparks Family Partnership LTD. tract, Volume 3192, Page 304, a distance of 676.86 feet to a found ½" iron rod designated as RGV-HRL-7114-2=7114-1-19=7115-1, said point being on the North line of the Harry Landa tract, Volume 246, Page 559 and on the North line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C, for the **Point of Beginning,** having the following coordinates: N=16546003.37, E=1217492.59.

**Thence:** S 64°05'16" E along the South line of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304 and the North line of the Harry Landa tract, Volume 246, Page 559 and the North line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C, a distance of 173.39 feet to a found ½" iron rod designated as RGV-HRL-7114-1-18=7115-2 for angle;

**Thence:** S 63°45'00" E along said property line, along said I.B.W.C. line, a distance of 338.92 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-17=7115-3 for angle;

**Thence:** N 82°35'00" E along said property line, along said I.B.W.C. line, a distance of 267.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-16A=7115-3A for a Point on Line;

**Thence:** N 82°35'00" E along said property line, along said I.B.W.C. line, a distance of 267.49 feet to a found 4" iron pipe designated as RGV-HRL-7114-1-16=7115-4 for angle;

## SCHEDULE C (Cont.)

**Thence:** S 69°32'41" E along said property line, along said I.B.W.C. line, a distance of 391.78 feet to a found 4" iron pipe designated as RGV-HRL-7114-1-15=7115-5=7116-1, said point being on the North line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C and the Northeast corner of the Harry Landa tract, Volume 246, Page 559 and the Northwest corner of the Sam R. Sparks, INC. tract, Volume 1380, Page 29, for angle;

**Thence:** S 39°28'26" E departing said I.B.W.C. line, along the East line of the Harry Landa tract, Volume 246, Page 559 and the West line of the Sam R. Sparks, INC. tract, Volume 1380, Page 29, crossing the center of the levee road at 167 feet, a distance of 482.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-6=7116-18 for angle, said point being on the South limit of the 150' enforcement zone and the Southeast corner of the Harry Landa tract, Volume 246, Page 559 and the Southwest corner of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and on the South line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C for angle;

**Thence:** N 56°48'30" W along said enforcement zone, along said I.B.W.C. line, along the North line of the Sparks Family Partnership LTD. Tract, Volume 3192, Page 304 and the South line of the Harry Landa tract, Volume 246, Page 559, a distance of 100.00 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-7 for angle;

**Thence:** S 89°01'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, distance of 145.50 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-8 for angle;

**Thence:** N 69°22'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, to the center of an existing 26 foot wide dirt road, a distance of 252.60 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-8A for a Point on Line;

**Thence:** N 69°22'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, leaving said dirt road, a distance of 252.60 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-9 for angle;

**Thence:** S 82°35'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, a distance of 269.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-9A for a Point on Line;

**Thence:** S 82°35'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, distance of 269.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-10 for angle;

## SCHEDULE C (Cont.)

**Thence:** N 63°45'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, distance of 431.80 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-11 for angle;

**Thence:** N 63°48'00" W along said property line, along said I.B.W.C. line, along said enforcement zone, entering the Valley Citrus Groves Company Easement, Volume 260, Page 512 at 327.04 feet, a distance of 407.40 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-12 for angle;

**Thence:** N 29°44'00" W along said property line, along said I.B.W.C. line, departing said enforcement zone, a distance of 60.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7113-5=7115-13 for angle, said point being the Northwest corner of the Sparks Family Partnership LTD. tract, Volume 3192, Page 304 and on the West line of the Harry Landa tract, Volume 246, Page 559 and on the West line of the Valley Citrus Groves Company Easement, Volume 260, Page 512 and on the West line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C;

**Thence:** N 01°16'00" W along said property line, along said I.B.W.C. line, along said Valley Citrus Groves Company Easement line, a distance of 76.59 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7113-4B=7114-4=7115-14 for angle;

**Thence:** N 89°23'25" E along the North line of said I.B.W.C. line, along the North line of said Citrus Groves Company Easement line, along the North line of the Harry Landa tract, Volume 246, Page 559, departing said Citrus Groves Company Easement, Volume 260, Page 512 at 100.01 feet, crossing the center of the levee road at 193 feet, a distance of 257.27 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-3=7115-15 for angle, said point being the Southwest corner of the I.B.W.C. levee Right-of-Way File No. 572-R-83-C;

**Thence:** N 88°26'59" E along said property line, along said I.B.W.C. line, crossing the center of an existing 14 foot wide dirt road at 25 feet, a distance of 100.23 feet returning to the **Place of Beginning**.

## SCHEDULE C (Cont.)

Tract: RGV-HRL-7116

**Being** a 24.076 acre tract (1,048,747 sq ft) parcel of land, more or less, being all out of a tract designated as tract 8 in Cameron County, Texas conveyed to Sam R. Sparks, INC., Volume 1380, Page 29. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker CR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16547129.41, E=1221774.47; Thence S 65°34'57" W a distance of 3039.12 feet to a found ½" iron rod on the West line of the Sparks Family Partnership LTD. Tract 6, Volume 3192, Page 304, for the **Point of Commencement**, having the following coordinates: N=16545873.09, E=1219007.18.

**Thence:** S 43°53'56" W along said property line, a distance of 226.56 feet to a found 4" iron pipe designated as RGV-HRL-7114-1-15=7115-5=7116-1, said point being on the North line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C and the Northwest corner of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and the Northeast corner of the Harry Landa tract, Volume 246, Page 559, for the **Point of Beginning,** having the following coordinates: N=16545709.84, E=1218850.09.

**Thence:** S 69°40'16" E along the North line of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 tract and the North line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C, a distance of 131.24 feet to a found ½" iron rod designated as RGV-HRL-7114-1-14=7116-2 for angle;

**Thence:** N 88°08'21" E along said property line, along said I.B.W.C. line, entering an existing 24 foot wide dirt road at 18 feet, departing said dirt road at 154 feet, a distance of 163.43 feet to a found ½" iron road with an aluminum cap stamped T 107E Cor. 5 designated as RGV-HRL-7114-1-13=7116-3 for angle;

**Thence:** S 57°11'21" E along said property line, along said I.B.W.C. line, a distance of 489.11 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-12=7116-4 for angle;

**Thence:** S 43°25'25" E along said property line, along said I.B.W.C. line, a distance of 497.90 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-11A=7116-4A for a Point on Line;

**Thence:** S 43°25'25" E along said property line, along said I.B.W.C. line, crossing the center of an existing 20 foot wide dirt road at 358 feet, a distance of 497.90 feet to a found 5/8" iron rod designated as RGV-HRL-7114-1-11=7116-5 for angle;

## SCHEDULE C (Cont.)

**Thence:** S 52°24'29" E along said property line, along said I.B.W.C. line, a distance of 296.87 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-10A=7116-5A for a Point on Line;

**Thence:** S 52°24'29" E along said property line, along said I.B.W.C. line, a distance of 296.87 feet to a found ½" iron rod designated as RGV-HRL-7114-1-10=7116-6 for angle;

**Thence:** N 37°14'35" E along said property line, along said I.B.W.C. line, a distance of 13.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-1-9=7116-6A for a Point on Line;

**Thence:** N 37°14'35" E along said property line, along said I.B.W.C. line, a distance of 16.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-7 for angle;

**Thence:** S 63°17'25" E along said property line, along said I.B.W.C. line, a distance of 225.50 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-8 for angle;

**Thence:** S 73°49'24" E along said property line, along said I.B.W.C. line, a distance of 405.74 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-9 for angle;

**Thence:** S 73°46'48" E along said property line, along said I.B.W.C. line, a distance of 470.97 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-10 for angle;

**Thence:** S 73°53'40" E along said property line, along said I.B.W.C. line, entering the United States of America Perpetual Road Easement, Volume 16852, Page 22 at 258.76 feet, to the center of an existing 40 foot wide dirt road, a distance of 292.09 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-11 for angle, said point being the Northeast corner of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and the Northeast corner of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C and on the East line of the United States of America Perpetual Road Easement, Volume 16852, Page 22 and on the West line of the United States of America tract, Volume 16852, Page 22;

## SCHEDULE C (Cont.)

**Thence:** S 00°32'58" E along said dirt road, along the East line of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and the West line of the United States of America tract, Volume 16852, Page 22 and the East line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C and the East line of the United States of America Perpetual Road Easement, Volume 16852, Page 22, departing said United States of America Perpetual Road Easement at 6.62 feet, a distance of 34.07 feet to a found 5/8" iron rod designated as RGV-HRL-7114-2-1=7116-12 for angle, said point being the Southwest corner of the United States of America tract, Volume 16852, Page 22;

**Thence:** S 00°23'51" E along said property line, along said I.B.W.C. line, leaving said dirt road, crossing the center of the levee road at 80 feet, a distance of 277.94 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7114-2-4=7116-13 for angle, said point being the Southeast corner of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C and the Southeast corner of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and on the South limit of the 150' enforcement zone;

**Thence:** N 74°37'39" W continuing along said enforcement zone, along the South line of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and the South line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C, a distance of 20.60 feet to a found ½" iron rod designated as RGV-HRL-7116-13A for a Point on Line;

**Thence:** N 74°37'39" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, crossing the center of an existing 7 foot wide dirt road at 109 feet, a distance of 484.82 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-13B for a Point on Line;

**Thence:** N 74°37'39" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, a distance of 442.77 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-13C for a Point on Line;

**Thence:** N 74°37'39" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, crossing the center of an existing 10 foot wide dirt road at 86 feet, a distance of 316.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-14 for angle;

**Thence:** N 62°38'00" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, a distance of 335.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-15 for angle;

## SCHEDULE C (Cont.)

**Thence:** N 52°06'00" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, a distance of 307.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-15A for a Point on Line;

**Thence:** N 52°06'00" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, a distance of 307.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-16 for angle;

**Thence:** N 42°46'00" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, crossing the center of an existing 17 foot wide dirt road at 308 feet,  a distance of 492.30 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-16A for a Point on Line;

**Thence:** N 42°46'00" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, a distance of 492.30 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7116-17 for angle;

**Thence:** N 56°48'30" W continuing along said enforcement zone, along said property line, along said I.B.W.C. line, a distance of 261.90 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7115-6=7116-18 for angle, said point being the Southeast corner of the Harry Landa tract, Volume 246, Page 559 and on the South line of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and on the South line of the I.B.W.C. levee Right-of-Way File No. 5173-R-84-C;

**Thence:** N 39°28'26" W departing said I.B.W.C. line, departing said enforcement zone, along the West line of the Sam R. Sparks, INC. tract, Volume 1380, Page 29 and the East line of the Harry Landa tract, Volume 246, Page 559, crossing the center of the levee road at 316 feet, a distance of 482.21 feet returning to the **Place of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

### LAND TO BE CONDEMNED

Tract: RGV-HRL-7114



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description | Symbol | Description | Symbol | Description |
|---|---|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | | EDGE OF RIPRAP |
| ◆ | SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED) | | UNDERGROUND FIBER OPTIC LINE | | EDGE OF VEGETATING (TYPE NOTED) |
| △ | CONTROL POINT | CB | CATCH BASIN | X | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | ACQUISITION BOUNDARY | | STORM GRATE | C.C.C.H. | (FOUND) CAMERON COUNTY COURTHOUSE |
| | EASEMENT LINE | | STORM SEWER VALVE | C.H.C.M. | (FOUND) HIDALGO COUNTY CAD MAP |
| | PROPERTY LINE | | STORM MANHOLE | C.C.C.M. | (FOUND) CAMERON COUNTY CAD MAP |
| | EXISTING WALL | | STORM SEWER | W | WITH |
| | LEVEE CENTERLINE | | CULVERT | UNK. | UNKNOWN |
| | LEVEE TOP BANK | | HEADWALL AND WINGWALL | ALUM. | ALUMINUM |
| | LEVEE TOE | | TOP OF DITCH | CONC. | CONCRETE |
| | EDGE OF ROAD (TYPE NOTED) | | BOTTOM OF DITCH | CULV. | CULVERT |
| | GUARD RAIL | | EDGE OF WATER | POC | POINT OF COMMENCEMENT |
| | RIGHT-OF-WAY | | WATER PUMP | POB | POINT OF BEGINNING |
| | EDGE OF SIDEWALK | | MONITORING WELL | PG. | PAGE |
| | BUILDING OUTLINE (SEE LABEL) | | WATER VALVE | VOL. | VOLUME |
| | FENCE (TYPE NOTED) | | WATER METER | FIP | FOUND IRON PIPE |
| | EDGE OF STRUCTURE (SEE LABEL) | | HYDRANT | FIR | FOUND IRON ROD |
| | BRIDGE OUTLINE | | WATER EXTINGUISHER/FAUCET/SPICKET | 1STFR | 1 STORY FRAME HOUSE |
| | OVERHEAD ELECTRICAL LINE | | WATER MANHOLE | 2STFR | 2 STORY FRAME HOUSE |
| | UNDERGROUND ELECTRICAL LINE | | WATER LINE | 1STBR | 1 STORY BRICK HOUSE |
| | LIGHT POLE | | LIFT STATION | 2STBR | 2 STORY BRICK HOUSE |
| | UTILITY POLE | | PUMP STATION | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | GUY END | | SEWER CLEAN OUT | 2STCB | 2 STORY COMMERCIAL BUILDING |
| | GUY POLE | | SEWER MANHOLE | 1STSB | 1 STORY STORE BUILDING |
| | JUNCTION BOX | | SEWER WATER PUMP | 2STSB | 2 STORY STORE BUILDING |
| | ELECTRICAL MANHOLE | | SANITARY SEWER VAULT | SHDWF | SHED WOOD FRAME |
| | ELECTRICAL METER | | SANITARY SEWER LINE | SHDBR | SHED BRICK |
| | ELECTRICAL PULL BOX | | GAS TANK | CLF | CHAIN LINK FENCE |
| | TRANSMISSION TOWER | | GAS VALVE | WF | WOODEN FENCE |
| | SUBSTATION | | GAS METER | SBF | STONE OR BRICK FENCE |
| | ELECTRICAL TRANSFORMER | | GAS LINE MARKER | BWF | BARBED WIRE FENCE |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | GAS VAULT | GAT | GATE |
| | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | | GAS LINE | CEM | CEMETERY OUTBOUND |
| | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | DOCKS / DECKS/ PIERS | HDSTN | HEAD STONE |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 1.000029123 (E.G. GRID X 1.000029123 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 1955632067).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 590543691).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-HRL-7114-1-7114-1-1 | 16546003.36 | 1217518.17 |
| RGV-HRL-7114-2-7114-1-19-7115-1 | 16546003.37 | 1217492.59 |
| RGV-HRL-7114-3-7115-15 | 16546000.66 | 1217392.39 |
| RGV-HRL-7113-4B-7114-4-7115-14 | 16545997.92 | 1217135.14 |
| RGV-HRL-7113-4A-7114-4A | 16546168.57 | 1217131.36 |
| RGV-HRL-7113-4-7114-5 | 16546504.47 | 1217123.94 |
| RGV-HRL-7114-6 | 16546075.51 | 1217379.30 |

| SHEET NO. 5 OF 5 | METES & BOUNDS SURVEY<br>SPARKS FAMILY<br>PARTNERSHIP LTD.<br>TRACT NO. RGV-HRL-7114<br>CAMERON COUNTY           TEXAS | DRAWN BY: JF   4/19<br>CHECKED BY: WBG  4/19<br>SURVEY DATE: 2/19<br>PLOT DATE: 4/19<br>SHEET SIZE: ANSI-A | MARK DESCRIPTION DATE APPR<br>BORDER WALL TASK ORDER: 001<br>CONTRACT NO. : W9126F-15-D-0012 |  |  |

## SCHEDULE D (Cont.)

Tract: RGV-HRL-7114-1



EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)



EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)



EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description |
|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) |
| ◆ | SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED) |
| △ | CONTROL POINT |
| | ACQUISITION BOUNDARY |
| | EASEMENT LINE |
| | PROPERTY LINE |
| | EXISTING WALL |
| | LEVEE CENTERLINE |
| | LEVEE TOP BANK |
| | LEVEE TOE |
| | EDGE OF ROAD (TYPE NOTED) |
| | GUARD RAIL |
| | RIGHT-OF-WAY |
| | EDGE OF SIDEWALK |
| | BUILDING OUTLINE (SEE LABEL) |
| —X— | FENCE (TYPE NOTED) |
| | EDGE OF STRUCTURE (SEE LABEL) |
| | BRIDGE OUTLINE |
| | OVERHEAD ELECTRICAL LINE |
| | UNDERGROUND ELECTRICAL LINE |
| ▭⊙ | LIGHT POLE |
| ○ | UTILITY POLE |
| | GUY END |
| | GUY POLE |
| | JUNCTION BOX |
| | ELECTRICAL MANHOLE |
| | ELECTRICAL METER |
| | ELECTRICAL PULL BOX |
| | TRANSMISSION TOWER |
| | SUBSTATION |
| | ELECTRICAL TRANSFORMER |
| | COMMUNICATIONS/TELEPHONE MANHOLE |
| | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL |
| | OVERHEAD COMMUNICATIONS/TELEPHONE LINE |
| | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE |
| | UNDERGROUND FIBER OPTIC LINE |
| | CATCH BASIN |
| | STORM GRATE |
| | STORM SEWER VALVE |
| | STORM MANHOLE |
| | STORM SEWER |
| | CULVERT |
| | HEADWALL AND WINGWALL |
| | TOP OF DITCH |
| | BOTTOM OF DITCH |
| | EDGE OF WATER |
| | WATER PUMP |
| | MONITORING WELL |
| | WATER VALVE |
| | WATER METER |
| | HYDRANT |
| | WATER EXTINGUISHER/FAUCET/SPICKET |
| | WATER MANHOLE |
| | WATER LINE |
| | LIFT STATION |
| | PUMP STATION |
| | SEWER CLEAN OUT |
| | SEWER WATER PUMP |
| | SANITARY SEWER VAULT |
| | SANITARY SEWER LINE |
| | GAS TANK |
| | GAS VALVE |
| | GAS METER |
| | GAS LINE MARKER |
| | GAS VAULT |
| | GAS LINE |
| | DOCKS / DECKS/ PIERS |

| Abbreviation | Description |
|---|---|
| | EDGE OF RIPRAP |
| | EDGE OF VEGETATING (TYPE NOTED) |
| | MISCELLANEOUS SYMBOL (SEE LABEL) |
| C.C.C.H. | (FOUND) CAMERON COUNTY COURTHOUSE |
| C.H.C.M. | (FOUND) HIDALGO COUNTY CAD MAP |
| C.C.C.M. | (FOUND) CAMERON COUNTY CAD MAP |
| W | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CULV. | CULVERT |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| 1STFR | 1 STORY FRAME HOUSE |
| 2STFR | 2 STORY FRAME HOUSE |
| 1STBR | 1 STORY BRICK HOUSE |
| 2STBR | 2 STORY BRICK HOUSE |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 2STCB | 2 STORY COMMERCIAL BUILDING |
| 1STSB | 1 STORY STORE BUILDING |
| 2STSB | 2 STORY STORE BUILDING |
| SHDWF | SHED WOOD FRAME |
| SHDBR | SHED BRICK |
| CLF | CHAIN LINK FENCE |
| WF | WOODEN FENCE |
| SBF | STONE OR BRICK FENCE |
| BWF | BARBED WIRE FENCE |
| GAT | GATE |
| CEM | CEMETERY OUTBOUND |
| HDSTN | HEAD STONE |

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 1.000029123 (E.G. GRID X 1.000029123 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 195563067).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 590543891).

| MONUMENT NAME | NORTHING | EASTING | MONUMENT NAME | NORTHING | EASTING |
|---|---|---|---|---|---|
| RGV-HRL-7114-1=7114-1-1 | 16546003.36 | 1217518.17 | RGV-HRL-7114-1-10=7116-6 | 16544319.08 | 1220702.54 |
| RGV-HRL-7114-1-2 | 16545792.49 | 1217950.67 | RGV-HRL-7114-1-10A=7116-5A | 16544500.18 | 1220467.31 |
| RGV-HRL-7114-1-2A | 16545827.45 | 1218226.33 | RGV-HRL-7114-1-11=7116-5 | 16544681.28 | 1220232.08 |
| RGV-HRL-7114-1-3 | 16545862.42 | 1218501.99 | RGV-HRL-7114-1-11A=7116-4A | 16545042.90 | 1219889.83 |
| RGV-HRL-7114-1-4 | 16545697.12 | 1218916.90 | RGV-HRL-7114-1-12=7116-4 | 16545404.52 | 1219547.58 |
| RGV-HRL-7114-1-5 | 16545700.40 | 1219045.25 | RGV-HRL-7114-1-13=7116-3 | 16545669.55 | 1219136.50 |
| RGV-HRL-7114-1-6 | 16545676.66 | 1219162.34 | RGV-HRL-7114-1-14=7116-2 | 16545664.25 | 1218973.16 |
| RGV-HRL-7114-1-7 | 16545409.39 | 1219570.13 | RGV-HRL-7114-1-15=7115-5=7116-1 | 16545709.84 | 1218850.09 |
| RGV-HRL-7114-1-7A | 16545227.44 | 1219742.11 | RGV-HRL-7114-1-16=7115-4 | 16545846.76 | 1218483.02 |
| RGV-HRL-7114-1-7B | 16544954.50 | 1220000.08 | RGV-HRL-7114-1-16A=7115-3A | 16545812.23 | 1218217.76 |
| RGV-HRL-7114-1-8 | 16544681.57 | 1220258.05 | RGV-HRL-7114-1-17=7115-3 | 16545777.70 | 1217952.51 |
| RGV-HRL-7114-1-8A | 16544505.72 | 1220484.39 | RGV-HRL-7114-1-18=7115-2 | 16545927.60 | 1217648.54 |
| RGV-HRL-7114-1-9=7116-6A | 16544329.86 | 1220710.74 | RGV-HRL-7114-2=7114-1-19=7115-1 | 16546003.37 | 1217492.59 |

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 12 OF 12 | SPARKS FAMILY PARTNERSHIP LTD. | | |
| | TRACT NO. RGV-HRL-7114-1 | | |
| | CAMERON COUNTY    TEXAS | | |

DRAWN BY: JF 4/19
CHECKED BY: WBG 4/19
SURVEY DATE: 2/19
PLOT DATE: 4/19
SHEET SIZE: ANSI-A

MARK | DESCRIPTION | DATE | APPR.

BORDER WALL TASK ORDER: 001
CONTRACT NO. : W9126F-15-D-0012


EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING


US Army Corps of Engineers®

EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)

Tract: RGV-HRL-7114-2



## SCHEDULE D (Cont.)



EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)

**LEGEND:**

| Symbol | Description | Symbol | Description | Symbol | Description |
|---|---|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | | EDGE OF RIPRAP |
| ◆ | SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED) | | UNDERGROUND FIBER OPTIC LINE | | EDGE OF VEGETATING (TYPE NOTED) |
| △ | CONTROL POINT | CB | CATCH BASIN | | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | ACQUISITION BOUNDARY | | STORM GRATE | C.C.C.H. | (FOUND) CAMERON COUNTY COURTHOUSE |
| | EASEMENT LINE | | STORM SEWER VALVE | C.H.C.M. | (FOUND) HIDALGO COUNTY CAD MAP |
| PL | PROPERTY LINE | | STORM MANHOLE | C.C.C.M. | (FOUND) CAMERON COUNTY CAD MAP |
| | EXISTING WALL | | STORM SEWER | W/ | WITH |
| | LEVEE CENTERLINE | CP | CULVERT | UNK. | UNKNOWN |
| | LEVEE TOP BANK | | HEADWALL AND WINGWALL | ALUM. | ALUMINUM |
| | LEVEE TOE | | TOP OF DITCH | CONC. | CONCRETE |
| | EDGE OF ROAD (TYPE NOTED) | | BOTTOM OF DITCH | CULV. | CULVERT |
| | GUARD RAIL | | EDGE OF WATER | POC | POINT OF COMMENCEMENT |
| | RIGHT-OF-WAY | | WATER PUMP | POB | POINT OF BEGINNING |
| | EDGE OF SIDEWALK | | MONITORING WELL | PG. | PAGE |
| | BUILDING OUTLINE (SEE LABEL) | | WATER VALVE | VOL. | VOLUME |
| | FENCE (TYPE NOTED) | | WATER METER | FIP | FOUND IRON PIPE |
| | EDGE OF STRUCTURE (SEE LABEL) | | HYDRANT | FIR | FOUND IRON ROD |
| | BRIDGE OUTLINE | | WATER EXTINGUISHER/FAUCET/SPICKET | 1STFR | 1 STORY FRAME HOUSE |
| | OVERHEAD ELECTRICAL LINE | | WATER MANHOLE | 2STFR | 2 STORY FRAME HOUSE |
| | UNDERGROUND ELECTRICAL LINE | W | WATER LINE | 1STBR | 1 STORY BRICK HOUSE |
| ☒-◦ | LIGHT POLE | | LIFT STATION | 2STBR | 2 STORY BRICK HOUSE |
| ○ | UTILITY POLE | PS | PUMP STATION | 1STCB | 1 STORY COMMERCIAL BUILDING |
| → | GUY END | | SEWER CLEAN OUT | 2STCB | 2 STORY COMMERCIAL BUILDING |
| ⊕→ | GUY POLE | | SEWER MANHOLE | 1STSB | 1 STORY STORE BUILDING |
| Ⓙ | JUNCTION BOX | | SEWER WATER PUMP | 2STSB | 2 STORY STORE BUILDING |
| Ⓔ | ELECTRICAL MANHOLE | | SANITARY SEWER VAULT | SHDWF | SHED WOOD FRAME |
| Ⓜ | ELECTRICAL METER | SS | SANITARY SEWER LINE | SHDBR | SHED BRICK |
| PB | ELECTRICAL PULL BOX | | GAS TANK | CLF | CHAIN LINK FENCE |
| ☒ | TRANSMISSION TOWER | | GAS VALVE | WF | WOODEN FENCE |
| S | SUBSTATION | | GAS METER | SBF | STONE OR BRICK FENCE |
| T | ELECTRICAL TRANSFORMER | | GAS LINE MARKER | BWF | BARBED WIRE FENCE |
| Ⓒ | COMMUNICATIONS/TELEPHONE MANHOLE | | GAS VAULT | GAT | GATE |
| Ⓒ | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | | GAS LINE | CEM | CEMETERY OUTBOUND |
| | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | DOCKS / DECKS/ PIERS | HDSTN | HEAD STONE |

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 1.000029123 (E.G. GRID X 1.000029123 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 1955632067).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 590543891).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-HRL-7114-2-1=7116-12 | 16543881.92 | 1222044.99 |
| RGV-HRL-7114-2-2 | 16543837.62 | 1222139.33 |
| RGV-HRL-7114-2-3 | 16543587.72 | 1222100.64 |
| RGV-HRL-7114-2-4=7116-13 | 16543603.98 | 1222046.91 |

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 5 OF 5 | SPARKS FAMILY PARTNERSHIP LTD. TRACT NO. RGV-HRL-7114-2 CAMERON COUNTY          TEXAS | | |

DRAWN BY: JF   4/19
CHECKED BY: WBG   4/19
SURVEY DATE: 2/19
PLOT DATE: 4/19
SHEET SIZE: ANSI-A

MARK | DESCRIPTION | DATE | APPR.

BORDER WALL TASK ORDER 001
CONTRACT NO : W9126F-15-D-0012



EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING



US Army Corps
of Engineers®

EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)

Tract: RGV-HRL-7115



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



LEGEND:

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 1.000029123 (E.G. GRID X 1.000029123 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 1955532067).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 25, 2019 (TICKET NO. 59054389I).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-HRL-7114-2=7114-1-19=7115-1 | 16546003.37 | 1217492.59 |
| RGV-HRL-7114-1-18=7115-2 | 16545927.60 | 1217648.54 |
| RGV-HRL-7114-1-17=7115-3 | 16545777.70 | 1217952.51 |
| RGV-HRL-7114-1-16A=7115-3A | 16545812.23 | 1218217.76 |
| RGV-HRL-7114-1-16=7115-4 | 16545846.76 | 1218483.02 |
| RGV-HRL-7114-1-15=7115-5=7116-1 | 16545709.84 | 1218850.09 |
| RGV-HRL-7115-6=7116-18 | 16545337.62 | 1219156.64 |
| RGV-HRL-7115-7 | 16545392.36 | 1219072.96 |
| RGV-HRL-7115-8 | 16545389.87 | 1218927.48 |
| RGV-HRL-7115-8A | 16545478.88 | 1218691.08 |
| RGV-HRL-7115-9 | 16545567.89 | 1218454.69 |
| RGV-HRL-7115-9A | 16545533.06 | 1218187.09 |
| RGV-HRL-7115-10 | 16545498.22 | 1217919.50 |
| RGV-HRL-7115-11 | 16545689.20 | 1217532.23 |
| RGV-HRL-7115-12 | 16545869.07 | 1217166.69 |
| RGV-HRL-7113-5=7115-13 | 16545921.35 | 1217136.83 |
| RGV-HRL-7113-4B=7114-4=7115-14 | 16545997.92 | 1217135.14 |
| RGV-HRL-7114-3=7115-15 | 16546000.66 | 1217392.39 |

| SHEET NO. 10 OF 10 | METES & BOUNDS SURVEY HARRY LANDA TRACT NO. RGV-HRL-7115 CAMERON COUNTY TEXAS | DRAWN BY: JF 4/19 | MARK DESCRIPTION DATE APPR. |  |  US Army Corps of Engineers® |
| | | CHECKED BY: WBG 4/19 | | | |
| | | SURVEY DATE: 2/19 | | | |
| | | PLOT DATE: 4/19 | BORDER WALL TASK ORDER 001 CONTRACT NO. : W912BF-15-D-0012 | | |
| | | SHEET SIZE: ANS-A | | | |

EMC, INC. PROJECT NO.: 19008

## SCHEDULE D (Cont.)

Tract: RGV-HRL-7116



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**METES & BOUNDS SURVEY**

SAM R. SPARKS, INC.

TRACT NO. RGV-HRL-7116

CAMERON COUNTY     TEXAS

SHEET NO. 8 OF 12

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



### MONUMENT TABLE

| MONUMENT NAME | NORTHING | EASTING | MONUMENT NAME | NORTHING | EASTING |
|---|---|---|---|---|---|
| RGV-HRL-7114-1-15•7115-5•7116-1 | 16545709.84 | 1218850.09 | RGV-HRL-7116-11 | 16543915.98 | 1222044.66 |
| RGV-HRL-7114-1-14•7116-2 | 16545664.25 | 1218973.16 | RGV-HRL-7114-2-1•7116-12 | 16543881.92 | 1222044.99 |
| RGV-HRL-7114-1-13•7116-3 | 16545669.55 | 1219136.50 | RGV-HRL-7114-2-4•7116-13 | 16543603.98 | 1222046.91 |
| RGV-HRL-7114-1-12•7116-4 | 16545404.52 | 1219547.58 | RGV-HRL-7116-13A | 16543609.44 | 1222027.05 |
| RGV-HRL-7114-1-11A•7116-4A | 16545042.90 | 1219889.83 | RGV-HRL-7116-13B | 16543737.96 | 1221559.57 |
| RGV-HRL-7114-1-11•7116-5 | 16544681.28 | 1220232.08 | RGV-HRL-7116-13C | 16543855.34 | 1221132.65 |
| RGV-HRL-7114-1-10A•7116-5A | 16544500.18 | 1220467.31 | RGV-HRL-7116-14 | 16543939.12 | 1220827.69 |
| RGV-HRL-7114-1-10•7116-6 | 16544319.08 | 1220702.54 | RGV-HRL-7116-15 | 16544093.21 | 1220530.21 |
| RGV-HRL-7114-1-9•7116-6A | 16544329.86 | 1220710.74 | RGV-HRL-7116-15A | 16544282.32 | 1220287.29 |
| RGV-HRL-7116-7 | 16544342.96 | 1220720.70 | RGV-HRL-7116-16 | 16544471.42 | 1220044.37 |
| RGV-HRL-7116-8 | 16544241.60 | 1220922.14 | RGV-HRL-7116-16A | 16544832.83 | 1219710.09 |
| RGV-HRL-7116-9 | 16544128.57 | 1221311.81 | RGV-HRL-7116-17 | 16545194.24 | 1219375.81 |
| RGV-HRL-7116-10 | 16543997.01 | 1221764.03 | RGV-HRL-7115-5•7116-18 | 16545337.62 | 1219156.64 |

Tract:  RGV-HRL-7114, 7114-1, 7114-2, 7115, 7116
Owner:  Sparks Family Partnership, Ltd., *et. al*
Acreage:  39.287

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Cameron County, Texas

Tract:  RGV-HRL-7114, 7114-1, 7114-2, 7115, 7116
Owner:  Sparks Family Partnership, Ltd., *et. al*
Acres:  39.287

Tracts: RGV-HRL-7114, Acres: 1.759

RGV-HRL-7114-1, Acres: 1.464

RGV-HRL-7114-2 Acres: 0.461

RGV-HRL-7115, Acres: 11.527

RGV-HRL-7116, Acres: 24.076


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to Sparks Family Partnership, Ltd., reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken and for curing any damages arising from the replacement of irrigation lines, including any corresponding crop loss, is ONE HUNDRED FIVE THOUSAND SEVEN HUNDRED NINETY-FOUR DOLLARS AND 03/100 ($105,794.03), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Sparks Family Partnership, Ltd.** <br> **R. Seanne Sparks, Registered Agent** <br> ▉▉▉▉▉▉▉▉▉ <br><br> Progreso, Texas ▉▉▉ | **RGV-HRL-7114, 7114-1, 7114-2, 7115, 7116** <br><br> Warranty Deed; Recorded in Volume 1380, Page 29, on August 31, 1984, Deed Records of Cameron County, Texas <br><br> Warranty Deed; Recorded in Volume 1380, Page 55, on August 31, 1984, Deed Records of Cameron County, Texas <br><br> Cash Warranty Deed; Recorded in Volume 3192, Page 304, on December 28, 1994, Deed Records of Cameron County, Texas <br><br> Cash Warranty Deed; Recorded in Volume 3192, Page 320, on December 28, 1994, Deed Records of Cameron County, Texas <br><br> Articles of Conversion, Document #3508269; Recorded September 26, 2000, Deed Records of Cameron County, Texas <br><br> Adverse Possession |
| **Unknown Heirs of Harry Landa** | **RGV-HRL-7115 only** <br><br> Warranty Deed; Document # 8686, Recorded in Volume 246, Page 559 on September 9, 1933 in the Official Deed Records of Cameron County, Texas <br><br> Probate Records of Harry Landa; |

| | Cause No. 76574, *In the Matter of the Estate of Harry Landa, Deceased*, in the County Court of Bexar County, Texas |
|---|---|
| **Janna-Neen Jones Cunningham**<br><br>Tucson, AZ | Presumptive Heirs of Harry Landa |
| **Peter Johnson**<br>Address Unknown | |
| **Sandy Williamson**<br>Address Unknown | |
| **Anita Williamson Scales**<br>Address Unknown | |
| **Melinda Elizabeth Curry**<br>Address Unknown | |
| **Deborah Manspeaker Weiss**<br><br>Oceanside, CA | |
| **Michael R. Sanders a/k/a Mike Sanders**<br><br>Pleasanton, CA | |
| **Kevin Burtt**<br><br>Lehi, Utah | |
| **Kelly Burtt**<br>Address Unknown | |
| **Monte Mansfield III**<br>Address Unknown | |
| **Michael Mansfield**<br>Address Unknown | |
| **Antonio "Tony" Yzaguirre, Jr. Cameron County Tax Assessor - Collector**<br>835 East Levee St., 1st Floor<br>Brownsville, Texas 78520 | Property Taxes |